ACCEPTED
06-14-00114-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/18/2015 1:23:56 PM
DEBBIE AUTREY
CLERK

## McLAUGHLIN, HUTCHISON & BIARD, LLP
### ATTORNEYS AT LAW
38 FIRST STREET NORTHWEST
PARIS, TEXAS 75460

BRAD HUTCHISON
DON BIARD

(903) 785-1606

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/18/2015 1:23:56 PM
DEBBIE AUTREY
Clerk

**March 18, 2015**

Clerk of the Court
Sixth Court of Appeals
100 North State Line Avenue #20
Texarkana, Texas    75501

**Via Electronic Filing**

Re:   **Randyael Dontrell Tyson v. The State of Texas, Appeal No. 06-14-00014-CR**

In accordance with Rule 48.4, I certify that on March 18, 2015, I sent via certified mail, return receipt requested, a copy of this Court's Opinion to Randyael Dontrell Tyson at his last known address.   This letter also advised Mr. Tyson of his right to pursue a Petition for Discretionary Review according to Texas Rule of Appellate Procedure 68.

Very truly yours,

**/s/Don Biard**
Don Biard